## UNITED STATES DISTRICT COURT-
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-mj-02591-Torres

UNITED STATES OF AMERICA

v.

DAVID EDMOND,

       Defendant.

_____/

FILED BY_____JP_____D.C.

**Apr 1, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/ Michael S. Davis
      MICHAEL S. DAVIS
      ASSISTANT U.S. ATTORNEY
      FL BAR # 972274
      99 N.E. 4th Street
      Miami, Florida 33132
      (305) 961-9027 (office)
      Email: Michael.Davis2@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| DAVID EDMOND, | ) | Case No. 1:26-mj-02591-Torres |
| | ) | |
| | ) | |
| | ) | |
| *Defendant.* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 9, 2022 and September 17, 2022__ in the county of _____Miami-Dade_____ in the __Southern__ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 287 | False claims against the U.S. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*  ID#24927

_____Ernbert Winston Kulethomas, Special Agent FBI_____
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by ____Telephone____

Date: ____April 1, 2026____

_____
*Judge's signature*

City and state: _____Miami, Florida_____  ____Honorable Edwin G. Torres United States Magistrate Judge____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Ernbert Winston Kulethomas, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the Miami Division. I have been employed as an Agent with the FBI since August 2014. I am currently assigned to the FBI Miami Division's Computer Intrusion Squad, where I specialize in the investigation of cybercrime matters. While employed by the FBI, I investigated numerous federal criminal violations, including financial crimes, cybercrime, terrorism, and other offenses. I have attended numerous FBI training sessions on computer fraud, including both in-person and virtual sessions. I have attended specialized training and investigated cases involving the use of computers and the Internet to commit fraud.

2.     I submit this Affidavit in support of a criminal complaint charging that on September 4, 2022, the defendant, **David Edmond** ("**EDMOND**"), presented a false and fraudulent claim to the Internal Revenue Service, in violation of Title 18, United States Code, Section 287.

3.     As indicated in paragraph 20-b of this affidavit, the specific false claim referenced in the previous paragraph consists of a federal income tax return fraudulently claiming a refund of $14,693 and filed on or about September 4, 2022. However, as also explained in this affidavit, that false claim arose out of a scheme perpetrated by **EDMOND** that resulted in the submission of approximately 446 separate federal tax returns collectively claiming approximately $7,900,000 in refunds.

- 1 -

4. The facts contained in this affidavit are based on my knowledge, as well as information relayed to me by other law enforcement officers and witnesses. I have not included in this affidavit every fact known to me concerning this matter, but only those facts that I believe are sufficient to establish probable cause for the issuance of the requested criminal complaint.

## PROBABLE CAUSE

5. This portion of the affidavit is organized as follows. **Section A** summarizes the process by which individuals can electronically file federal income tax returns. **Section B** describes how **EDMOND** used a commercial service named "Locate Plus" to harvest personally identifiable information ("PII"). **Section C** explains how **EDMOND** used Yahoo email addresses to electronically file false federal income tax returns with fraudulent refund claims, including the specific tax return on which this affidavit grounds the requested criminal complaint. **Section D** summarizes pertinent evidence learned during a border search of two phones in **EDMOND**'s possession at Ft. Lauderdale/Hollywood International Airport in August 2025. Lastly, **Section E** addresses relevant information from **EDMOND**'s arrest on March 31, 2026.

### A. Background: Process for Electronically Filing Federal Income Tax Returns

6. A taxpayer filing a federal income tax return electronically includes on the return the same fundamental information that the taxpayer would include if the taxpayer were to file the return in paper form. This information includes: (a) information relevant to the taxpayer's income and whether at the time of filing the taxpayer owes money to the IRS or is entitled to a refund and (b) the taxpayer's identifying information – such as name, address, and social security number ("SSN").

7. The process of filing federal tax returns online involves accessing an authorized filing software (e.g., INTUIT, H&R Block, etc.), which electronically transmits the necessary

- 2 -

information (i.e., name, address, email, adjusted gross income, etc.) to the IRS. Included in the transmission of this data, the filing organization also relays additional data necessary for computer logging and the prevention of fraud. This data consists of the originating Internet Protocol ("IP") address.

**B.     EDMOND's Use of "Locate Plus" as Means to Procure PII**

8.     Locate Plus is a commercially-available, subscription-based, on-line investigative database. Locate Plus cumulates data from open-source public records that can be used, among other things, to search for individuals and investigate their backgrounds. Information available through Locate Plus can include physical addresses, phone numbers, email addresses, motor vehicle information, driver's license numbers, dates of birth, and SSNs. To obtain access data from Locate Plus, the company requires that applicants provide subscriber information, identification documents, and proof that they operate a legitimate business, such as an IRS-issued Employer Identification Number ("EIN").

9.     This investigation has yielded evidence that **EDMOND** deployed a shell company named "Barnes and Associates Collection," as a vehicle to subscribe with Locate Plus. On January 31, 2020, the IRS received an electronic application for an EIN from an entity holding itself out as Barnes and Associates Collection. Although the application originated from Comcast Internet Protocol ("IP") address 50.207.64.118 located in Minneapolis, MN, the address listed on the application was 1524 Montauk Pt., Conyers, GA 30013. The application for the EIN also included the phone number of (470) 461-9937.

10.     The investigation has tied this phone number to **EDMOND** through the results of a search warrant to Facebook which sought the disclosure of data from **EDMOND**'s Facebook account "Walkingbankroll Zoedy". The data obtained through the warrant revealed that on

February 25, 2020, **EDMOND** stated during a Facebook Messenger conversation that his phone number was (470) 461-9937.

11.     Records indicate that on the same day the EIN was created, Locate Plus received an application for an account from a company holding itself out as "Barnes and Associates Collection." The application provided an email address for Barnes and Associates Collection of **barnescollectors1@yahoo.com**. Yahoo records show that the **barnescollectors1@yahoo.com** email address was created approximately one hour before the EIN was established and from the same Comcast IP address used to apply for the EIN.

12.     Per records produced by Locate Plus, on or about July 5, 2022, Locate Plus suspended the Barnes and Associates Collection account due to excessive SSNs being revealed within the platform. On or about July 5, 2022, Locate Plus emailed **barnescollectors1@yahoo.com** to inquire about the account's 200 individual searches, which revealed SSNs for over 1,000 people. On July 6, 2022, Locate Plus received a response from **barnescollectors1@yahoo.com**. The response consisted solely of a portion of a picture of an alleged "Retainer Arrangement" between Chase Bank, N/A, and Barnes and Associates Collection, and nothing more.

13.     IP records maintained by Comcast further connect **EDMOND** to the use of the **barnescollectors1@yahoo.com** email address. Comcast records indicate that from on or about July 21, 2021, through on or about January 15, 2023, the IP address 73.179.194.124 was one of the two IP addresses assigned to 16498 SW 288th Lane, Homestead, FL 33033. Comcast records further indicate that on or about June 22, 2022, that same IP address was used to harvest approximately 25 unique SSNs from the Locate Plus Barnes and Associates Collection account associated with the **barnescollectors1@yahoo.com** email address.

- 4 -

14. Per Comcast records, from on or about July 21, 2021, through on or about January 15, 2023, Jakika Fambro was the listed Internet service subscriber at the 16498 SW 288th Lane address. Jakika Fambro is the mother of **EDMOND**'s children.

C. **EDMOND's Use of "zz10029@yahoo.com" Email Account and Associated Email "Sub-Accounts" to Submit Fraudulent Federal Income Tax Returns**

15. Yahoo is an online service provider that provides free email addresses to the public. Yahoo also offers sub-accounts under a primary or "base" account at no extra cost. These sub-accounts are distinguished by the use of the email "base" followed by a hyphen (or dash "-") then a keyword. For example, the address listed in the heading above – **zz10029@yahoo.com** – is what is considered a primary or base account, while **zz10029-x1@yahoo.com** would be considered a sub-account. To create the sub-account of **zz10029-x1@yahoo.com**, the user would need the credentials to access the base account of **zz10029@yahoo.com**.

16. Records maintained by the IRS show that between approximately February 9, 2022, and September 17, 2022, approximately 446 separate federal tax returns collectively claiming approximately $7,900,000 in refunds were submitted from sub-accounts of the email account of **zz10029@yahoo.com**. Based upon my training and experience, because a user creating a sub-account of **zz10029@yahoo.com** needs the credentials to access the base account, it is unlikely that each of these 446 federal tax returns were filed by 446 separate individuals. Rather, it is more likely that the 446 returns were filed either by a single individual or a small group of closely connected individuals as part of a criminal conspiracy. This inference draws added support from the fact that on or about April 12, 2022, variations of the **zz10029@yahoo.com** account were used to file approximately six tax returns for six different taxpayers from three states (Alaska, Virginia, and Florida) using the same "base" email address followed by a hyphen (or dash "-") and a succeeding number.

- 5 -

17.     Paragraphs 18-20 of this affidavit below set out evidence that ties **EDMOND** to the fraudulent tax returns and fraudulent applications for unemployment benefits addressed above in paragraph 15 of this affidavit.

18.     This evidence includes the following evidence that ties **EDMOND** to the **zz10029@yahoo.com** base account from which the fraudulent tax returns originated by connecting **EDMOND** to the **zz10029_x150@yahoo.com** sub-account of the **zz10029@yahoo.com** base account.

a.     Records produced by Yahoo on or about August 23, 2023, indicate that the **zz10029_x150@yahoo.com** sub-account was created on or about October 16, 2022, and was active as of the time of production.

b.     Under the portion of the Yahoo record listing "recovery phones," the record lists "7865385233" (referenced below as "786-538-5233"). Records produced by ID.me reflect that on or about April 14, 2022, **EDMOND** created an ID.me account in which he provided the same number as his phone number.

c.     Records maintained by the IRS reflect that on or about December 12, 2018, **EDMOND** also listed the 786-538-5233 phone number in an application to obtain an EIN for a company he identified as "yummbox". In the application for the "yummbox" EIN, **EDMOND** provided his SSN – which, I believe, confirms that the individual who submitted that application indeed is the same individual who is the subject of this requested search criminal complaint.

d.     Records maintained by the IRS reflect that on or about October 25, 2022, **EDMOND** additionally listed the 786-538-5233 phone number in an application to obtain an EIN number for a company he identified as "zlerecords". As with the application for

the "yummbox" EIN, **EDMOND** provided his SSN in this application – which, I believe, once again confirms that the individual who submitted that application indeed is the same individual who is the subject of this requested criminal complaint.

19.     The following evidence that ties **EDMOND** to an email account identified as **chad87@yahoo.com** further connects **EDMOND** to the **zz10029@yahoo.com** account from which the fraudulent tax returns originated.  As explained below, evidence associated with the **chad87@yahoo.com** account also ties back into the portion of the scheme through which **EDMOND** harvested PII from the Barnes and Associates Collection account with Locate Plus.

        a.     Records produced by Yahoo on or about February 10, 2023, indicate that the **chad87@yahoo.com** account was created on or about August 26, 2020, and was active as of the time of production.

        b.     Under the portion of the account records listing "other identities," the record lists "chad87" and, most significantly, "zz10029".

        c.     Under the portion of the account record listing "recovery emails," the record lists **nathantheme@gmail.com**.     Records produced by Yahoo also list **nathantheme@gmail.com** as the recovery email account for the **barnescollectors1@yahoo.com** account.  Evidence set out in paragraphs 9-14 of this affidavit links **EDMOND** to the **barnescollectors1@yahoo.com** account.

20.     The following evidence associated with an ID.me account created in the name of A.K. further connects **EDMOND** to the **zz10029@yahoo.com** account from which the fraudulent tax returns originated.

        a.     Records produced by ID.me indicate that the photograph provided to ID.me allegedly corresponding to A.K. was a passport photograph of **EDMOND**.

b.      IRS records show that on or about September 4, 2022, a federal income tax return claiming a refund of $14,693 was filed in the name of A.K., using a sub-account of **zz10029@yahoo.com**. Although the A.K. return was filed from a cellular IP address in Miami, FL, the address provided on the return for A.K. was Wolcott CT.

**D.      Discovery of PII on EDMOND's Cell Phones During Border Search in August 2025**

21.      At approximately 8:00 am on August 8, 2025, **EDMOND** arrived at Fort Lauderdale/Hollywood International Airport on board JetBlue Flight B6 1240 from the Dominican Republic. Following **EDMOND**'s arrival, an officer from Customs and Border Protection conducted a secondary inspection of **EDMOND** during which the officer found PII on the two cell phones in **EDMOND**'s possession.

22.      At approximately 11:30 am, a special agent with Homeland Security Investigations ("HSI") reviewed the phones. On each phone, the agent viewed images of driver's licenses, passports, and ledgers of PII. HSI took possession of the phones.[1]

**E.      EDMOND's Arrest on March 31, 2026**

23.      At approximately midnight on March 31, 2026, **EDMOND** booked a private flight to depart later that day at 1:30 pm Opa Locka Airport to arrive at Princess Juliana International Airport, Philipsburg, Sint Maarten, at approximately 5:20 pm. **EDMOND** was arrested at Opa Locka Airport after boarding the plane, but before the plane departed.

---

[1]An HSI report of investigation written in connection with the incident mistakenly names the traveler from whom the cell phones were seized as "Edmund DAVID". TECS records, however, confirm that the traveler indeed was the **DAVID EDMOND** who is the subject of this affidavit. The TECS records contain **EDMOND**'s correct date of birth, as well as **EDMOND**'s photograph. I also note that notwithstanding the mistake on the HSI report regarding the traveler's name, the report does accurately recite **EDMOND**'s correct date of birth.

- 8 -

24.     At the time of his arrest, **EDMOND** had in his possession approximately $7,650 in United States currency, as well as numerous items of what appeared to be expensive jewelry.

**FURTHER AFFIANT SAYETH NAUGHT.**


ERNBERT WINSTON KULETHOMAS
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION


Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this __1st__ day of April 2026.


HONORABLE EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

- 9 -